UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Dwight Abernathie,

       Plaintiff,

v.

Carl Hart, Lt. Thomas; Capt. Neel;
Sgt. Campell; Ofc. Messersmith;
Ofc. Tiefenauer;
Unknown Officers 1, 2, & 3,

       Defendant,

Case No.

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 4:22-cr-00692 AND THAT CASE WAS ASSIGNED TO THE HONORABLE Ronnie L. White. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 07/11/2023        /s/ Ian T. Cross
                Signature of Filing Party