UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Dwight Abernathie, Plaintiff(s),

v.                                  Case No.

Carl Hart, et. al., Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__John Frago (S.R.I.)__
(name and address of process server)

__1528 South Big Bend__

__St. Louis, Missouri 63117__

To serve: __All Defendants__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__07/28/2023__                                  __/s/ Ian T. Cross__
(date)                                          (attorney for Plaintiff)

                                                _____
                                                (attorney for Defendant)