UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT ABERNATHIE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:23-CV-01044-RLW |
| | ) |
| CARL HART, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ORDER**

Pursuant to the order of recusal by the Honorable Ronnie L. White on August 23, 2023,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable

Henry Edward Autrey.

August 23, 2023
Date

*Gregory J. Linhares*                     /
Clerk of Court

By:   /s/ Tiffani Tillman                     /
      TIFFANI TILLMAN
      Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
4:23-CV-01044-HEA.**