IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT ABERNATHIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARL HART, *et al.*, | ) No. 4:23-CV-01044-RLW |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

# ENTRY OF APPEARANCE

Assistant Attorney General, Eric M. Doner, hereby enters his appearance as counsel on behalf of Defendants Edwin Messersmith, Gary Teifenauer, Leo Thomas, Renee Neel, and William Campbell in the above-referenced case.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Eric Doner*
Eric Doner,
MO Bar # 68029
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101

                                        Telephone: (314) 340-7871
                                        Eric.Doner@ago.mo.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, the foregoing was filed electronically with the Clerk of the Court, which sent notification to all counsel of record.

                                        */s/ Eric Doner*
                                        Assistant Attorney General