UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
IN THE EASTERN DIVISION

**DWIGHT ABERNATHIE,**
**Inmate No. 1076917;**

      Plaintiff,                                  Case No.: 23-cv-1044
                                                      Hon. Henry Edward Autrey

vs.

**SGT. CARL HART, et. al**,

      Defendants.

_____/

## **PLAINTIFF DWIGHT ABERNATHIE'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

Plaintiff, **DWIGHT ABERNATHIE**, by and through his attorney, Ian T. Cross, Esq., and for his Statement of Uncontroverted Material Facts, states the following:

1. Plaintiff Dwight Abernathie is a prisoner in the custody of the Missouri Department of Corrections who was housed at the Eastern Reception, Diagnostic, and Correctional Center ("EDRCC") in Bonne Terre, Missouri, on October 28, 2021. *See Def's Answer*, ECF No. 22, PageID 108, ¶ 3.

2. Defendant Carl Hart was a sergeant on duty on October 28, 2021 at ERDCC. *See Def's Answer*, ECF No. 22, PageID 108, ¶ 4.

3. Defendant Carl Hart participated in a use-of-force incident involving Plaintiff Dwight Abernathie at EDRCC on October 28, 2021. An internal investigation of the incident conducted by the Missouri Department of Corrections' Employee Conduct Unit concluded that during the use-of-force incident, Defendant Hart violated the Department's Use of Force Guidelines, the Staff Member Conduct Policy, and the Offender Physical Abuse Policy. **Ex. A:** *MODOC Employee Conduct Unit Report*, pp. 19-23.[1]

4. On or about May 13, 2023, Defendant Hart pled guilty to violating 18 U.S.C. § 242, Deprivation of Rights under Color of Law, in Case No. 4:22-cr-00692 in the Eastern District of Missouri. Specifically, Defendant Hart pled guilty to willfully violating Dwight Abernathie's federal constitutional right to be free of cruel and unusual punishment during the use-of-force incident that is the subject of this civil action. **Ex. B:** *Hart Guilty Plea Agreement*; *Def's Answer*, ECF No. 22, PageID 112, ¶ 41.

5. In his guilty plea agreement, Defendant Hart admitted to every element of the charged offense, including that he acted under color of law, **Ex. B:** *Hart Guilty Plea Agreement*, pg. 8, and that he acted willfully, with a bad purpose or improper motive to disobey or disregard the law, and that he specifically intended to deprive the victim, Dwight Abernathie, of his Eighth-Amendment rights. **Ex. B:** *Hart Guilty Plea Agreement*, pg. 2.

---

1  The Employee Conduct Unit Report is admissible under FRE 803(8). *See Combs v. Wilkinson*, 315 F.3d 548, 555-56 (6th Cir. 2002); *Gen. Mills Operations, LLC v. Five Star Custom Foods, Ltd.,* 703 F.3d 1104, 1109 (8th Cir. 2013).

6.     Defendant Hart admitted that as a result of his criminal actions, Dwight Abernathie suffered serious bodily injury,  **Ex. B:** *Hart Guilty Plea Agreement*, pg. 8, including lacerations to his head, swelling to his face, a black eye, left rib pain, and numbness in his arms, and that Dwight Abernathie still suffers pain in his ribcage. **Ex. B:** *Hart Guilty Plea Agreement*, pg. 4.

7.     Defendant Hart admitted that Dwight Abernathie was physically restrained at the time he committed the criminal offense. **Ex. B:** *Hart Guilty Plea Agreement*, pg. 8.

8.     Defendant Hart admitted that no person had directly or indirectly threatened or coerced him to plead guilty to violating 18 U.S.C. § 242, he acknowledged voluntarily entering into both the plea agreement and the guilty plea, and he acknowledged that his guilty plea was made of his own free will and that he is, in fact, guilty. **Ex. B:** *Hart Guilty Plea Agreement*, pg. 17.

9.      Defendant Hart received an advantage from his guilty plea in the form of a three-point reduction in his base offense level for acceptance of responsibility, resulting in a reduced sentencing guidelines range. **Ex. B:** *Hart Guilty Plea Agreement*, pg. 8.

Dated: September 30, 2024                              Respectfully Submitted,

**CROSS LAW PLLC**

/*s*/ Ian T. Cross
Ian T. Cross P83367(MI)

        Pro Hac Vice
        Attorney for Plaintiff Dwight Abernathie
        402 W. Liberty St.
        Ann Arbor, MI 48103
        (734) 994-9590
        ian@lawinannarbor.com