**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

DWIGHT ABERNATHIE,

      Plaintiff,

v.

SGT. CARL HART, et al.,

      Defendants.

Case No. 4:23-cv-01044-HEA

## ENTRY OF APPEARANCE

Theresa A. Otto, Baty Otto Scheer P.C., address below, hereby enters her appearance on behalf of Defendant Carl Hart in the above-captioned matter.

Respectfully submitted,

**BATY OTTO SCHEER P.C.**

*/s/ Theresa A. Otto*

Theresa A. Otto          #43453MO
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
totto@batyotto.com
**ATTORNEYS FOR DEFENDANT
CARL HART**

1

## CERTIFICATE OF SERVICE

This certifies the foregoing was filed with the Court via the Court's e-filing system on January 21, 2025, with copies the same day via electronic mail to:

Ian T. Cross P83367(MI)
Admitted Pro Hac Vice
CROSS LAW PLLC
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com
**Attorney for Plaintiff
Dwight Abernathie**

Eric P. Kinnaw, #72881
Ray Rhatican, #73912
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-7880
eric.kinnaw@ago.mo.gov
Ray.Rhatican@ago.mo.gov
**Attorneys for Defendants Hart, Neel,
Campell, Messersmith, Tiefenauer,
Manche, Reckert, Spradling, and
Armbruster**


*/s/ Theresa A. Otto*
**Attorney for Defendant**

2