**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DWIGHT ABERNATHIE,

                Plaintiff,

v.                                                                    Case No. 4:23-cv-01044-HEA

SGT. CARL HART, et al.,

                Defendants.

## ENTRY OF APPEARANCE

Jennifer Donnelli, Baty Otto Scheer P.C., address below, hereby enters her appearance on behalf of Defendant Carl Hart in the above-captioned matter.

Respectfully submitted,

**BATY OTTO SCHEER P.C.**

*/s/ Jennifer Donnelli*

| | |
|---|---|
| Theresa A. Otto | #43453MO |
| Jennifer Donnelli | #47755MO |
| Stephanie M. Burton | #63458MO |

4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
**ATTORNEYS FOR DEFENDANT**
**CARL HART**

1

## CERTIFICATE OF SERVICE

This certifies the foregoing was filed with the Court via the Court's e-filing system on January 29, 2025, with copies the same day via electronic mail to:

Ian T. Cross P83367(MI)
Admitted Pro Hac Vice
CROSS LAW PLLC
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com
**Attorney for Plaintiff**
**Dwight Abernathie**

Eric P. Kinnaw, #72881
Ray Rhatican, #73912
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-7880
eric.kinnaw@ago.mo.gov
Ray.Rhatican@ago.mo.gov
**Attorneys for Defendants Hart, Neel,**
**Campell, Messersmith, Tiefenauer,**
**Manche, Reckert, Spradling, and**
**Armbruster**

*/s/ Jennifer Donnelli*
**Attorney for Defendant**

2