# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DWIGHT ABERNATHIE,<br><br>        Plaintiff,<br><br>v.<br><br>SGT. CARL HART, et al.,<br><br>        Defendants. | Case No. 4:23-cv-01044-HEA |

## ENTRY OF APPEARANCE

Stephanie M. Burton, Baty Otto Scheer P.C., address below, hereby enters her appearance on behalf of Defendant Carl Hart in the above-captioned matter.

Respectfully submitted,

**BATY OTTO SCHEER P.C.**

*/s/ Stephanie M. Burton*

| | |
|---|---|
| Theresa A. Otto | #43453MO |
| Jennifer Donnelli | #47755MO |
| Stephanie M. Burton | #63458MO |

4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
sburton@batyotto.com
**ATTORNEYS FOR DEFENDANT CARL HART**

1

## CERTIFICATE OF SERVICE

      This certifies the foregoing was filed with the Court via the Court's e-filing system on January 29, 2025, with copies the same day via electronic mail to:

| | |
|---|---|
| Ian T. Cross P83367(MI)<br>Admitted Pro Hac Vice<br>CROSS LAW PLLC<br>402 W. Liberty St.<br>Ann Arbor, MI 48103<br>(734) 994-9590<br>ian@lawinannarbor.com<br>**Attorney for Plaintiff**<br>**Dwight Abernathie** | Eric P. Kinnaw, #72881<br>Ray Rhatican, #73912<br>Assistant Attorney General<br>815 Olive Street, Suite 200<br>St. Louis, MO 63101<br>(314) 340-7880<br>eric.kinnaw@ago.mo.gov<br>Ray.Rhatican@ago.mo.gov<br>**Attorneys for Defendants Hart, Neel, Campell, Messersmith, Tiefenauer, Manche, Reckert, Spradling, and Armbruster** |

                                            */s/ Stephanie M. Burton*
                                            **Attorney for Defendant**