UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT ABERNATHIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4: 23-CV1044- HEA ) |
| SGT. CARL HART, et al., | ) ) |
| Defendant. | ) ) |

# **ORDER**

**IT IS HEREBY ORDERED** that the jury trial set in this matter for October 27, 2025, is reset to **February 17, 2026, at 9:30 a.m.** in the courtroom of the undersigned.

Dated this 20th day of August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE