# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DWIGHT ABERNATHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:23-cv-01044-HEA |
| ) | Hon: Henry E. Autrey |
| CARL HART, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR DEFENDANT CARL HART (Federal Inmate Register # 35661-510)

Plaintiff Dwight Abernathie respectfully asks the Court to issue a Writ of Habeas Corpus Ad Testificandum in this cause pursuant to 28 U.S.C. § 2241(c)(5) and 28 U.S.C. § 1651(a). In support, Plaintiff states:

1. This case is scheduled for a jury trial on May 18, 2026 in the United States District Court for the Eastern District of Missouri, Eastern Division, in St. Louis, Missouri.

2. Defendant Carl Hart is currently in the custody of the Federal Bureau of Prisons at:

> F.C.I. Oxford
> County Road G & Elk Avenue
> Oxford, WI 53952

3. Defendant Carl Hart's Federal Inmate Register number is 35661-510.

4. Defendant Carl Hart is the lead defendant in this case. While he has admitted in his plea agreement that he struck Plaintiff in the head multiple times, he did not admit that he struck

1

the Plaintiff with a metal object. Key aspects of this case, including whether or not Mr. Hart used a weapon when attacking the Plaintiff, will hinge on credibility determinations. Defendant Hart's presence at trial is necessary to allow the jury to experience his live testimony and judge his credibility.

5. Defendant Hart's assignment to a prison in Wisconsin does not prevent this Court from ordering his appearance at trial. Federal district courts have jurisdiction to issue a writ of habeas corpus *ad testificandum* extraterritorially to the warden of a federal prison in another State. *See, e.g. Stone v. Morris,* 546 F.2d 730, 737 (7th Cir. 1976); *Muhammad v. Warden, Baltimore City Jail,* 849 F.2d 107, 114 (4th Cir. 1988).

6. Defendant Hart is currently housed in a low-security federal correctional institution. He is expected to be released in June of 2028 and does not present an escape risk.

WHEREFORE, Plaintiff prays this Honorable Court issue a Writ of Habeas Corpus Ad Testificandum directing the presence of Defendant Carl Hart no later than 9:30 AM on May 18, 2026, and each day remaining until the conclusion of the trial, and for such other relief as the Court deems just and appropriate under all the circumstances.

Respectfully Submitted,

*/s/ Ian T. Cross*
Ian T. Cross P83367 (MI)
Pro Hac Vice
*Attorney for Plaintiff*
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com