UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT ABERNATHIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-1044 HEA |
| | ) | |
| CARL HART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Dwight Abernathie's Petition for Writ of Habeas Corpus ad Testificandum for Carl Hart. (ECF No. 66). Plaintiff asks that Defendant Carl Hart, who is currently in the custody of the Federal Bureau of Prisons, be brought before the Court to testify at trial, which is scheduled to begin on May 18, 2026. The Court grants Petitioner's request.

Accordingly,

**IT IS HEREBY ORDERED** that Dwight Abernathie's Petition for Writ of Habeas Corpus ad Testificandum is **GRANTED** (ECF No. 66). The United States Marshals Service is directed to arrange transport of the body of Carl Hart (BOP Register No. 35661-510) from the custody of the United States Bureau of Prisons at F.C.I. Oxford, County Road G & Elk Avenue, Oxford, Wisconsin to the U.S. District Court for the Eastern District of Missouri to provide testimony for trial in the matter of *Dwight Abernathie v. Carl Hart, et al.*, No. 4:23-CV-1044 HEA,

before this Court on May 18, 2026, at 9:30 a.m. Carl Hart shall remain in the custody of the United States Marshals Service until trial has concluded or until further Order of the Court, whichever is sooner.

**IT IS FURTHER ORDERED** that the Clerk of Court shall prepare a Writ of Habeas Corpus ad Testificandum for Carl Hart, which shall be delivered to the United States Marshals Service.

Dated this 27th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE