**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DWIGHT ABERNATHIE,

    Plaintiff,

v.

CARL HART, et al.,

    Defendants.

No. 4:23-CV-01044-RLW

Hon. Henry Edward Autrey

---

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the Parties have settled all claims between them in this matter and are in the process of completing final closing documents and filing a dismissal. The parties anticipate this process to take no longer than 30 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The parties propose to file a dismissal with prejudice within 30 days of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Date: April 10, 2026

*/s/ Ian T. Cross*
Ian T. Cross (P83367) (MI)
*Attorney for Plaintiff*
*Dwight Abernathie*
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com