UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT ABERNATHIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23CV1044 HEA |
| | ) | |
| CARL HART, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised by the parties that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment must be filed with the Court.

Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 10th day of April, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE